```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

U.S. EQUAL EMPLOYMENT OPPORTUNITY  *
COMMISSION
                                   *

        Petitioner
                              *

    vs.                CIVIL ACTION NO. MJG-09-2200
                              *

PERFORMANCE FOOD GROUP
COMPANY, LLC                      *

        Respondent         *

*    *    *    *    *    *    *    *    *

<u>SUMMONS ENFORCEMENT ORDER</u>

Pursuant to the Memorandum and Order Re: Subpoena Enforcement [Document 29] and the Joint Report Pursuant to the Court's February 18, 2010 Order [Document 32], Respondent Performance Food Group Company, LLC ("PFG") shall comply with the administrative subpoenas at issue as set forth herein.

    1.    Subpoena No. BA-2009-007 [Equal Pay Act] is hereby modified as follows:

        a.    The Subpoena covers any person who was ever employed by PFG (including both Broadline Distribution and Customized Distribution) at any facility or outlet in the United States owned, operated, or managed by PFG during the period July 1, 2004 through June 30, 2009.

        b.    The Subpoena requires Respondent to provide the following data fields from its electronic databases (to the extent they exist) in the form, media type, arrangement, and content previously agreed upon by the parties:

>   Name, unique identifier number, address, telephone number, sex, job titles, location, department, pay (including bonuses and other awards), job history data, benefits, social security number, data fields bearing upon job duties and responsibilities, dates of hire, dates of promotion, dates of transfer, dates of termination, dates of pay or compensation rate changes, education, training, certifications, licensure, and other qualification data and leave data.

2.  Subpoena No. BA-2009-008 [Title VII] is hereby modified as follows:

    a.  The Subpoena covers any person who was ever employed and/or sought employment within the PFG's Broadline division over which Dan Peckscamp, the Vice President of Operations, and/or Dave Russ, a Regional Vice President of Operations, maintain hiring oversight or control during the period July 1, 2004 through June 30, 2009.

    b.  The Subpoena requires Respondent to provide the following data fields from its electronic databases (to the extent they exist) in the form, media type, arrangement, and content previously agreed upon by the parties:

        Name, unique identifier number, address, telephone number, sex, position sought, date of application, position title hired into (if applicable), position location, department, pay (including bonuses and other awards), job history data, benefits, social security number, data fields bearing upon job duties and responsibilities, dates of hire, dates of promotion, date of transfer, dates of termination, reason for termination, dates of pay or compensation rate changes, education, training, certifications, licensure, and other qualification data and leave data.

2

3.  PFG shall produce the electronic data in three separate productions:

    a.  Electronic data for ten facilities shall be produced by no later than April 5, 2010.

    b.  Electronic data for an additional ten facilities shall be produced by no later than May 5, 2010.

    c.  Electronic data for the remaining facilities shall be produced by no later than June 7, 2010.

4.  The running of the statute of limitations with regard to the Equal Pay Act shall be tolled from September 18, 2009 to the date by which Respondent has produced the electronic data sought by the Subpoenas at issue, as modified herein.


SO ORDERED, on <u>Tuesday, March 23, 2010</u>.


                                    _____/s/_____
                                      Marvin J. Garbis
                                 United States District Judge