IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

        Petitioner           *

        vs.                  *        CIVIL ACTION NO. MJG-09-2200

PERFORMANCE FOOD GROUP CORP.       *

        Respondent           *

*       *       *       *       *       *       *       *       *

ORDER CLOSING CASE

It appears that the issues presented herein were resolved by the Summons Enforcement Order [Document 33] and that nothing remains to resolve.

Accordingly:

1. The Clerk shall CLOSE THIS CASE.

2. The parties shall bear their own respective costs.

SO ORDERED, this Wednesday, June 27, 2012.

/s/
Marvin J. Garbis
United States District Judge